Case 2:12-cr-02001-RMP    Document 298    Filed 05/11/15

AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)    Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the

Eastern District of Washington

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| VICTOR HUGO SANTA CRUZ BARRIGA ) | Case No: CR-12-2001-RMP-2 |
| ) | USM No: 14038-085 |
| Date of Original Judgment: 07/11/2013 ) | |
| Date of Previous Amended Judgment: 08/11/2014 ) | Andrea K. George, Federal Defender |
| *(Use Date of Last Amended Judgment if Any)* | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of 65 months **is reduced to** 63 months.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated 07/11/2013 shall remain in effect.
**IT IS SO ORDERED**.

Order Date: May 8, 2015

*Judge's signature*

Effective Date: 11/01/2015
*(if different from order date)*

Rosanna Malouf Peterson, Judge U.S. District Court
*Printed name and title*